**Opinion filed February 4, 2010**



In The

# Eleventh Court of Appeals

————————

## No. 11-09-00289-CV

————————

## IN RE ANGELA RUTH OLSON

### ORIGINAL MANDAMUS PROCEEDING

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss the petition for writ of mandamus. The parties state that they have reached a settlement agreement.

The motion is granted, and this original proceeding is dismissed.

PER CURIAM

February 4, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.